

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-17-00021-CV

Style:              In re Expunction

Date motion filed*:  July 18, 2017

Type of motion:     Fourth Motion for Extension of Time to File Appellant's Brief

Party filing motion: Pro Se Appellant, L.M.R.

Document to be filed: Appellant's Brief

Is appeal accelerated?      No.

If motion to extend time:

    Original due date:       May 15, 2017

    Number of extensions granted:   3      Current Due Date:  July 17, 2017

    Date Requested:         August 17, 2017 (94 days from original deadline)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  August 17, 2017.

        ☑  **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Laura C. Higley

        ☑ Acting individually      ☐ Acting for the Court

Date: July 20, 2017